

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2014

No. 04-14-00525-CV

**IN THE INTEREST OF D.W.H.**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-10424
Honorable Richard Price, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice

Appellant's brief was originally due on September 10, 2014. Appellant has been granted one extension of time in which to file the brief, until October 10, 2014. Because neither the brief nor a motion for extension of time has been filed, on October 24, 2014, this court ordered appellant to file his appellate brief no later than November 10, 2014. On October 27, 2014, appellant, who is representing himself, pro se, called this court to inform us that a Notice of Appeal he filed on October 9, 2014, contained his appellate brief.

Appellant's "brief" does not comply with Texas Rule of Appellate Procedure 38.1. Rule 38 specifies that appellate briefs are required to contain, among other things, (1) a complete list of all parties to the appealed-from order and names of counsel; (2) a Table of Contents; (3) an Index of Authorities; (4) a Statement of the Case that states concisely the nature of the case, supported by record references; (5) a Statement of Facts setting forth the facts pertinent to the issues or points presented, supported by record references; and (6) an argument for the contentions made, with appropriate citations to authorities and the record. TEX. R. APP. P. 38.1(a), (b), (c), (d), (f), (h). Substantial compliance with Rule 38 is sufficient. TEX. R. APP. P. 38.9. However, if Rule 38 has been flagrantly violated, this court may require a brief to be amended, supplemented, or redrawn. TEX. R. APP. P. 38.9(a). If another noncomplying brief is filed, the court may strike the brief, prohibit the party from filing another, and proceed as if the party had failed to file a brief. *Id.* If an appellant fails to timely file a brief, the appellate court may dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

While it is true that pro se pleadings and briefs are to be liberally construed, a pro se litigant is still required to comply with the law and rules of procedure. *Shull v. United Parcel Serv.*, 4 S.W.3d 46, 52-53 (Tex. App.—San Antonio 1999, pet. denied). Because appellant's

brief does not comply with Rule 38.1, appellant is hereby ORDERED to file an amended brief that complies with Rule 38.1 no later than November 10, 2014. If appellant does not file a brief that complies with Rule 38.1, this appeal will be dismissed for want of prosecution.

The Clerk of this court shall cause a copy of this order to be served on appellant by certified mail, return receipt requested, and by United States mail.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court